Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS
JUN 0 6 2018

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>James Wesley Bernard, a/k/a Gamar Dushawn Kelly, a/k/a "Ghost"<br>_____<br>*Defendant* | Case No.  1:18-cr-090-02 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   James Wesley Bernard, a/k/a Gamar Dushawn Kelly, a/k/a "Ghost",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Distribution of a Controlled Substance
Aiding and Abetting

Date:  06/06/2018

/s/ Christy Davis
*Issuing officer's signature*

City and state:   Bismarck, ND

Christy Davis, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6-6-2018, and the person was arrested on *(date)* 8-7-2018
at *(city and state)* Detroit MI.

Date: 8-7-2018

[signature]
*Arresting officer's signature*

Kenneth Johnson  SDUSM
*Printed name and title*